## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MICHAEL A. KYLE, *pro se,*

    Plaintiff,

v.                                                    Case No: 8:13-cv-988-T-30TBM

VERIZON SERVICES OPERATIONS,

    Defendant.

_____

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court sua sponte.  An Order was entered on June 27, 2013 (Dkt. #8) which dismissed the Complaint and gave the Plaintiff twenty one (21) days in which to file an Amended Complaint.  The deadline for filing an Amended Complaint has passed.  As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of July, 2013.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
S:\Even\2013\13-cv-988 dismissal.docx